IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                    Case No. 4:20-cr-00218 KGB

MELVIN HURNDON, JR.                                                         DEFENDANT

**ORDER**

Defendant Melvin Hurndon, Jr. has filed a *pro se* motion for early termination of supervised release (Dkt. No. 2). The government responded in opposition to the motion (Dkt. No. 3). For good cause shown, the Court grants Mr. Hurndon's motion and terminates his term of supervised release (Dkt. No. 2).

Pursuant to 18 U.S.C. § 3583(e), the Court may terminate a term of supervised release where, after consideration of both the Federal Rules of Criminal Procedure and the applicable factors of 18 U.S.C. § 3553(a) as set forth in 18 U.S.C. § 3583(e), the Court concludes that such action is warranted by the conduct of the defendant and is in the interest of justice. After careful consideration of the parties' filings, taking all of the facts into account and considering the applicable factors of § 3553(a), the Court finds that early termination of Mr. Hurndon's supervised release is warranted by Mr. Hurndon's conduct and in the interest of justice.

Mr. Hurndon's term of supervised release commenced on January 4, 2019, and is set to conclude on January 3, 2024 (Dkt. No. 3, at 1). The Court acknowledges that Mr. Hurndon is a career drug offender as described in 28 U.S.C. § 994(h). The Court also recognizes that he has completed at least 18 months of supervision and demonstrated overall progress in meeting supervision objectives. The U.S. Probation Office confirms that Mr. Hurndon is free from any court-reported violations over a 12-month period, is in substantial compliance with all conditions

of supervision, engages in appropriate prosocial activities, and receives sufficient prosocial support to remain lawful well beyond the period of supervision. Considering all appropriate factors, the Court grants Mr. Hurndon's motion for early termination of release (Dkt. No. 2).

It is so ordered this 1st day of May, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge